DENNIS L. KENNEDY
Nevada Bar No. 1462
JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA P. GILMORE
Nevada Bar No. 11576
BAILEY✥KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 562-8820 Telephone
(702) 562-8821 Facsimile
dkennedy@baileykennedy.com
jbailey@baileykennedy.com
jgilmore@baileykennedy.com

Attorneys for Plaintiffs FRIAS HOLDING
COMPANY and MARK A. JAMES

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIAS HOLDING COMPANY, a Nevada corporation; and MARK A. JAMES, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>GREENBERG TRAURIG, LLP, a Nevada limited liability partnership; GREENBERG TRAURIG, P.A., a Florida professional association; SCOTT D. BERTZYK, an individual; DOES I through X; and ROE ENTITIES XI through XX, inclusive,<br><br>　　　　　　Defendants. | Case No.  2:11-CV-00160-GMN (LRL)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>**(First Request)** |

　　　　PURSUANT TO LR 6-1, LR 6-2, and LR 7-1, IT IS HEREBY STIPULATED AND

AGREED by and among counsel for Plaintiffs Frias Holding Company and Mark A. James

(jointly, "Plaintiffs"), the law firm of Bailey✥Kennedy, and counsel for Defendants Greenberg

Traurig, LLP, Greenberg Traurig, P.A., and Scott D. Bertzyk (collectively, "Defendants"), the

law firms of Steptoe & Johnson LLP and Brownstein Hyatt Farber Schreck, LLP, that the time

1  for Plaintiffs to file their response to Defendants' Motion to Dismiss Pursuant to FRCP

2  12(b)(6) (Doc. No. 9), filed February 7, 2011 (the "Motion to Dismiss"), shall be extended for a

3  period of two (2) business days to accommodate Plaintiffs' counsel's schedule.  Plaintiffs shall

4  have up to and including February 28, 2011 to serve and file their Response to Defendants'

5  Motion to Dismiss.

6  DATED this 23rd day of February, 2011            DATED this 23rd day of February, 2011.

7  BAILEY❖KENNEDY                                            BROWNSTEIN HYATT FARBER
                                                                               SCHRECK, LLP

9  By: /s/ Dennis L. Kennedy
     DENNIS L. KENNEDY                                      By: /s/ Kirk B. Lenhard
10   Nevada Bar No. 1462                                        KIRK B. LENHARD
     JOHN R. BAILEY                                             Nevada Bar No. 1437
11   Nevada Bar No. 0137                                        100 North City Parkway, Ste. 1600
     JOSHUA P. GILMORE                                          Las Vegas, NV  89106
12   Nevada Bar No. 11576                                       (702) 382-2101 Telephone
     BAILEY❖KENNEDY                                             (702) 382-8135 Facsimile
13   8984 Spanish Ridge Avenue                                  klenhard@bhfs.com
     Las Vegas, Nevada 89148
14   (702) 562-8820 Telephone                                   STEPTOE & JOHNSON LLP
     (702) 562-8821 Facsimile                                   MICHAEL P. MCNAMARA
15   dkennedy@baileykennedy.com                                 DYLAN RUGA
     jbailey@baileykennedy.com                                  2121 Avenue of the Stars, Ste. 2800
16   jgilmore@baileykennedy.com                                 Los Angeles, CA  90067-5052
                                                                (310) 734-3200 Telephone
17  Attorneys for Plaintiffs FRIAS HOLDING               (310) 734-3300 Facsimile
    COMPANY and MARK A. JAMES                            mmcnamara@steptoe.com
18                                                        druga@steptoe.com

19                                                        Attorneys for Defendants GREENBERG
                                                          TRAURIG, LLP, GREENBERG TRAURIG,
20                                                        P.A., and SCOTT D. BERTZYK

21
         **IT IS SO ORDERED** this 1st day of March, 2011.
22

23                                                        _____
24                                                        Gloria M. Navarro
                                                          United States District Judge
25