# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

FRIAS HOLDING COMPANY, et al.

                Plaintiff(s),

vs.

GREENBERG TRAURIG, LLP, et al.

                Defendant(s).

Case No.: 2:11-CV-160-GMN-(LRL)

## SUBSTITUTION OF ATTORNEY

__Defendants__ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

__Kirk B. Lenhard of Brownstein Hyatt Farber Schreck, LLP__
(New Attorney)

(Address): __100 North City Parkway, Suite 1600, Las Vegas, NV 89106__

(Telephone): __702-382-2101_____, as attorney of record in place and

stead of: __Philip M. Hymanson of Greenberg Traurig LLP__
(Present Attorney)

DATED: __2/5/11__      ___[signature]___ Greenberg Traurig
                                              Asst. Gen.
                                   (Signature of Party) Counsel

I consent to the above substitution.      NV. 7360

DATED: __2/4/11__      ___[signature]___
                                   (Signature of Present Attorney)

. . .      FOR PHILIP HYMANSON

. . .

. . .

1

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: February 6, 2011        Kathy DiRaimondo (#10875) For Kirk Lenhard
                                   (Signature of New Attorney)
4
5  Please check one: X   RETAINED, or ____ APPOINTED BY THE COURT
6
7                              APPROVED:
8
9  DATED:  5-17-11              [signature] Leavitt
10                              UNITED STATES MAGISTRATE JUDGE

2

6/95

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that on the 7th day of February, 2011, the foregoing **SUBSTITUTION OF ATTORNEY** was served via electronic service on the date and to the address(es) shown below:

Dennis L. Kennedy, Esq.
John R. Bailey, Esq.
Joshua P. Gilmore, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, Nevada  89148
dkennedy@baileykennedy.com
jbailey@baileykennedy.com
jgilmore@baileykennedy.com
*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　 /s/  Paula Kay
　　　　　　　　　　　　　　　an employee of Brownstein Hyatt Farber Schreck, LLP