STEPTOE & JOHNSON LLP
MICHAEL P. McNAMARA (admitted *pro hac vice*)
DYLAN RUGA (admitted *pro hac vice*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone:     (310) 734-3200 // Facsimile: (310) 734-3300
Email: mmcnamara@steptoe.com
Email: druga@steptoe.com

BROWNSTEIN HYATT FARBER SCHRECK, LLP
KIRK B. LENHARD (Nevada Bar No. 1437)
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101 // Facsimile: (702) 382-8135
Email: klenhard@bhfs.com

Attorneys for Defendants
GREENBERG TAURIG, LLP,
GREENBERG TAURIG, P.A., and
SCOTT D. BERTZYK

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRIAS HOLDING COMPANY, a corporation; and MARK A. JAMES, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>GREENBERG TRAURIG, LLP, a limited liability partnership, GREENBERG TRAURIG, P.A., a professional association, SCOTT D. BERTZYK, an individual, DOES 1 through X; and ROE ENTITIES XI through XX, inclusive,<br><br>    Defendants. | Case No.:  2:11-CV-160-GMN-(VCF)<br><br>**BROWNSTEIN HYATT FARBER SCHRECK, LLP'S MOTION TO WITHDRAW ANTHONY J. DIRAIMONDO AS COUNSEL OF RECORD** |

Pursuant to Local Rule IA 10-6, Defendants Greenberg Traurig, LLP, Greenberg Traurig, P.A., and Scott D. Bertzyk, hereby move to withdraw Anthony J. DiRaimondo, Esq., as their counsel in the above-referenced matter for the reasons set forth:

1

Effective as of June 2012, Mr. DiRaimondo left his position at Brownstein Hyatt Farber Schreck, LLP and no longer represents in this action.  Kirk B. Lenhard, Esq., of Brownstein Hyatt Farber Schreck, LLP will continue to serve as counsel of record.

For the foregoing reasons, counsel asks that this motion to withdraw be granted and that Anthony J. DiRaimondo be removed from the CM/ECF Service List.

Dated:   September 27, 2012

STEPTOE & JOHNSON LLP
Michael P. McNamara
Dylan Ruga

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Kirk B. Lenhard

By:_____/s/ Michael P. McNamara_____
      MICHAEL P. MCNAMARA

By:_____/s/ Kirk B. Lenhard_____
      KIRK B. LENHARD

Attorneys for Defendants
GREENBERG TAURIG, LLP,
GREENBERG TAURIG, P.A., and
SCOTT D. BERTZYK

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that on the 27th day of September, 2012, the foregoing **BROWNSTEIN HYATT FARBER SCHRECK, LLP's MOTION TO WITHDRAW ANTHONY J. DIRAIMONDO AS COUNSEL OF RECORD**, was served via electronic service to the following:

>Daniel R. McNutt, Esq.
>CARBAJAL & MCNUTT, LLP
>625 South Eighth Street
>Las Vegas, Nevada 89101
>Email: drm@cmlawnv.com
>*Attorneys for Plaintiffs*

　　　　　　　　　　　　　　　　　　　　/s/ Paula Kay
　　　　　　　　　　　　　　　　　　　　an employee of Brownstein Hyatt Farber Schreck, LLP

012432\0002\1736315.1