# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FRIAS HOLDING COMPANY, *et al.*,

    Plaintiffs,

vs.

GREENBERG TRAURIG, LLP, *et al.*,

    Defendants.

2:11-cv-00160-GMN-VCF

**ORDER REGARDING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (#61)**

On February 17, 2015 the parties filed a Proposed Discovery Plan and Scheduling Order (#61). That Proposed Discovery Plan and Scheduling Order is not approved.

IT IS HEREBY ORDERED:

1. Defendants' Motion to Stay Discovery is due on February 23, 2015;

2. Plaintiffs' Response is due March 4, 2015;

3. Defendants' Reply is due March 11, 2015; and

4. If the Motion to Stay Discovery is timely filed, the parties need not exchange initial disclosures.

The court will enter a Discovery Plan and Scheduling Order, (a) if the Motion to Stay Discovery is not timely filed, or (b) as part of its ruling on the Motion to Stay Discovery, if that motion is denied.

DATED this 17th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE