DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Plaintiffs
*Frias Holding Company*
*and Mark A. James*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIAS HOLDING COMPANY, a Nevada corporation; and MARK A. JAMES, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP, a Nevada limited liability partnership; GREENBERG TRAURIG, P.A., a Florida professional association; SCOTT D. BERTZYK, an individual; DOES 1 through X; and ROE ENTITIES XI through XX, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-00160-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING THE DEPOSITION OF PHYLLIS FRIAS AND PLAINTIFFS' FORTHCOMING MOTION FOR PROTECTIVE ORDER** |

Plaintiffs Frias Holding Company ("FHC") and Mark A. James ("Plaintiffs"), through Daniel R. McNutt and Matthew C. Wolf of the law firm Carbajal & McNutt, and Defendants Greenberg Traurig LLP, Greenberg Traurig P.A., and Scott D. Bertzyk ("Defendants"), through Kirk B. Lenhard of the law firm Brownstein Hyatt Farber & Schreck and Dylan Ruga of the law firm Steptoe & Johnson, (collectively, "the Parties") hereby stipulate and agree as follows:

1.     *Whereas*, Defendants wish to depose nonparty Phyllis Frias.

2.     *Whereas*, Plaintiffs contend Defendants are not entitled to depose Ms. Frias.

3.     *Whereas*, following an unsuccessful attempt by the Parties to resolve their discovery

disputes via several telephonic conferences and emails, Defendants executed a subpoena noticing Ms. Frias' deposition for May 28, 2015, at 10:00 a.m. in Las Vegas, Nevada.

4. ***Whereas***, Plaintiffs have informed Defendants they intend to file a motion for a protective order concerning the deposition of Ms. Frias.

***WHEREFORE***, the Parties stipulate and agree as follows:

1. Plaintiffs shall file their motion for protective order no later than May 20, 2015.

2. Defendants shall file their opposition no later than May 27, 2015.

3. Plaintiffs shall file their reply no later than June 3, 2015.

4. Defendants agree to withdraw the subpoena to depose Ms. Frias on May 28, 2015, and will refrain from serving another subpoena to depose Ms. Frias until this Court rules upon Plaintiffs' forthcoming motion.

Dated May 12, 2015.                                  Dated May 12, 2015.

*/s/ Daniel McNutt*                                  */s/ Dylan Ruga*
Daniel R. McNutt, Esq.                               Dylan Ruga*
Nevada Bar No. 7815                                  *Admitted Pro Hac Vice*
CARBAJAL & MCNUTT, LLP                               STEPTOE & JOHNSON, LLP
625 S. 8th Street                                    2121 Avenue of the Stars, Suite 2800
Las Vegas, Nevada 89101                              Los Angeles, California 90067
drm@cmlawnv.com                                      druga@steptoe.com

*Attorneys for Plaintiffs*                           *Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 12, 2015