STEPTOE & JOHNSON LLP
MICHAEL P. McNAMARA (admitted *pro hac vice*)
DYLAN RUGA (admitted *pro hac vice*)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200 // Facsimile: (310) 734-3300
Email: mmcnamara@steptoe.com
Email: druga@steptoe.com

BROWNSTEIN HYATT FARBER SCHRECK, LLP
KIRK B. LENHARD (Nevada Bar No. 1437)
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101 // Facsimile: (702) 382-8135
Email: klenhard@bhfs.com

Attorneys for Defendants
GREENBERG TRAURIG, LLP,
GREENBERG TRAURIG, P.A., and
SCOTT D. BERTZYK

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRIAS HOLDING COMPANY, a corporation; and MARK A. JAMES, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP, a limited liability partnership, GREENBERG TRAURIG, P.A., a professional association, SCOTT D. BERTZYK, an individual, DOES 1 through X; and ROE ENTITIES XI through XX, inclusive,<br><br>Defendants. | CASE NO. 2:11-CV-160-GMN-(VCF)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR PROTECTIVE ORDER** |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their counsel of record, as follows:

1. *Whereas*, on May 29, 2015, Defendants filed a Motion for Protective Order (ECF No. 99) (the "Motion");

2. *Whereas*, Plaintiffs filed an opposition to the Motion on June 15, 2015 (ECF No. 110); and

3. *Whereas*, Defendants' counsel currently is engaged as lead trial counsel in a jury trial pending in the Central District of California.

4. *Wherefore*, the parties stipulate and agree that the deadline for Plaintiffs to file their reply in support of the Motion shall be extended from June 25, 2015, to July 9, 2015.

IT IS SO STIPULATED.

DATED this 25th day of June, 2015.   DATED this 25th day of June, 2015.

*/s/ Dan McNutt (with consent)*          */s/ Dylan Ruga*
Daniel R. McNutt, Esq.                    Dylan Ruga, Esq.
Nevada Bar No. 7815                       *Pro hac vice*
CARBAJAL & MCNUTT, LLP                    STEPTOE & JOHNSON, LLP
625 S. 8th Street                         2121 Avenue of the Stars, Suite 2800
Las Vegas, Nevada 89101                   Los Angeles, California 90067
drm@cmlawnv.com                           druga@steptoe.cmom

*Attorneys for Plaintiffs*                *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED.

_____
JUDGE

DATED: 6/25/15

1

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of STEPTOE & JOHNSON LLP, and that on the 25th day of June, 2015, the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR PROTECTIVE ORDER]** was served via electronic service to the following:

> Daniel R McNutt
> Carbajal & McNutt, LLP
> 625 South Eighth Street
> Las Vegas, NV 89101
> 702-384-1170
> Fax: 702-384-5529
> Email: drm@cmlawnv.com
> Attorneys for Plaintiffs
>
> /s/ Shannon Ramme
> an employee of Steptoe & Johnson LLP