DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Plaintiffs
*Frias Holding Company
and Mark A. James*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRIAS HOLDING COMPANY, a Nevada corporation; and MARK A. JAMES, an individual,<br><br>        Plaintiffs,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP, a Nevada limited liability partnership; GREENBERG TRAURIG, P.A., a Florida professional association; SCOTT D. BERTZYK, an individual; DOES 1 through X; and ROE ENTITIES XI through XX, inclusive,<br><br>        Defendants. | Case No. 2:11-cv-00160-GMN-VCF<br><br>**STIPULATION AND ORDER TO WITHDRAW PLAINTIFFS' RENEWED MOTION TO STRIKE AND DEFENDANTS' OBJECTION THERETO WITHOUT PREJUDICE** |

Plaintiffs Frias Holding Company ("FHC") and Mark A. James (collectively "Plaintiffs"), through Daniel R. McNutt and Matthew C. Wolf of the law firm Carbajal & McNutt, and Defendants Greenberg Traurig LLP ("GTLLP"), Greenberg Traurig P.A. ("GTPA") ("GTLLP" and "GTPA" are collectively "GT"), and Scott D. Bertzyk (collectively "Defendants"), through Kirk B. Lenhard of the law firm Brownstein Hyatt Farber & Schreck and Dylan Ruga of the law firm Steptoe & Johnson, (collectively, "the Parties") hereby stipulate and agree as follows:

1. ***Whereas***, on June 12, 2015, Plaintiffs' filed a Renewed Motion to Strike, ECF No. 108.

STIPULATION AND ORDER - 1

2. ***Whereas***, on June 15, 2015, Defendants filed an Objection to the Renewed Motion to Strike, ECF No. 109.

**WHEREFORE**, the Parties stipulate and agree that Plaintiffs' Renewed Motion to Strike and Defendants' Objection shall be withdrawn without prejudice.

| | |
|---|---|
| Dated June 26, 2015. | Dated June 26, 2015. |
| */s/ Daniel McNutt* <br> Daniel R. McNutt, Esq. <br> Nevada Bar No. 7815 <br> CARBAJAL & MCNUTT, LLP <br> 625 S. 8th Street <br> Las Vegas, Nevada 89101 <br> drm@cmlawnv.com <br><br> *Attorneys for Plaintiffs* | */s/ Dylan Ruga* <br> Dylan Ruga* <br> *Admitted Pro Hac Vice* <br> STEPTOE & JOHNSON, LLP <br> 2121 Avenue of the Stars, Suite 2800 <br> Los Angeles, California 90067 <br> druga@steptoe.com <br><br> *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
Gloria M. Navarro, Chief Judge
United States District Court

DATED: June 26. 2015

STIPULATION AND ORDER - 2