# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FRIAS HOLDING COMPANY, *et al.*, | |
| Plaintiffs, | 2:11-cv-00160-GMN-VCF |
| vs. | **ORDER** |
| GREENBERG TRAURIG, LLP, *et al.*, | |
| Defendants. | |

Before the court is Phyllis Frias' Motion for Leave to Submit Evidence in camera in support of Motion for a Protective Order Prohibiting the Deposition of Phyllis Frias (#103).

IT IS HEREBY ORDERED that a hearing on Phyllis Frias' Motion for Leave to Submit Evidence in camera in support of Motion for a Protective Order Prohibiting the Deposition of Phyllis Frias (#103) is scheduled for 3:00 p.m., July 6, 2015, in courtroom 3D.

DATED this 29th day of June, 2015.

                                                CAM FERENBACH
                                                UNITED STATES MAGISTRATE JUDGE