**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

FRIAS HOLDING COMPANY, *et al.*,

        Plaintiffs,

vs.

GREENBERG TRAURIG, LLP, *et al.*,

        Defendants.

2:11-cv-00160-GMN-VCF

**ORDER**

    Before the court is Non-Party Phyllis Frias' Motion for Clarification of the Court's July 6, 2015 Oral Order and July 7, 2015 Minutes of Proceedings. (#133).

    IT IS HEREBY ORDERED that:

    1.    This Order applies to the one-page document Mrs. Frias and Plaintiffs claim is highly confidential (the "Highly Confidential Document"), submitted on July 13, 2015 to the Court *in camera* pursuant to the Court's July 7, 2015 Minutes of Proceedings.

    2.    On or before 4:00 p.m., Friday, July 17, 2015, counsel for Mrs. Frias must provide one copy of the Highly Confidential Document each to Kirk B. Lenhard, Dylan Ruga, Michael McNamara and Daniel R. McNutt (collectively, "Outside Counsel"). Outside counsel may then generally describe the nature and content of the Highly Confidential Document to Defendant Scott D. Bertzyk and to Jim Tolpin, the representative of Greenberg Traurig, LLP and Greenberg Traurig, P.A. Outside Counsel and Messrs. Bertzyk and Tolpin are prohibited from copying, scanning, photographing or otherwise duplicating and/or disseminating the Highly Confidential Document or any of the information contained therein.

3. Any supplement in opposition to the Motion for Protective Order (#95) must be filed by 4:00 p.m., July 24, 2015.  If any supplement is filed, any reply must be filed by 4:00 p.m., July 29, 2015.

IT IS FURTHER ORDERED that the motion for clarification (#133) is GRANTED as set forth above.

DATED this 15th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE