UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRIAS HOLDING COMPANY, et al

                Plaintiff,

vs.

GREENBERG TRAURIG, LLP, et al

                Defendant.

District No.   2:11-cv-0160 GMN VCF

### ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On August 5, 2015 this court received transcript order form dated August 5, 2015 requesting Transcript of a hearing held on August 3, 2015 from Dylan Ruga Counsel for Defendant in which a portion of the hearing is sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this __6__ day of August, 2015.

_____
GLORIA M NAVARRO
United States District Chief Judge