UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FRIAS HOLDING COMPANY, et al

Plaintiff,

vs.

GREENBERG TRAURIG, LLP., et al

Defendant.

District No. 2:11-cv-0160 GMN VCF

### ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On August 10, 2015 this court received transcripts order form dated August 10, 2015 requesting Transcript of a hearing held on August 3, 2015 from John Mowbray, counsel for Movant in which a portion of the hearing is sealed.

IT IS THE ORDER OF THE COURT that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing transcript of hearing as requested by Movant's Counsel.

IT IS FURTHER ORDERED that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

IT IS FURTHER ORDERED that Movant's shall not disclose the sealed contents of transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 12 day of August, 2015.

GLORIA M NAVARRO
United States District Chief Judge