DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Plaintiffs
*Frias Holding Company*
*and Mark A. James*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

FRIAS HOLDING COMPANY, a
Nevada corporation; and MARK A.
JAMES, an individual,

      Plaintiffs,

vs.

GREENBERG TRAURIG, LLP, a Nevada
limited liability partnership;
GREENBERG TRAURIG, P.A., a Florida
professional association; SCOTT D.
BERTZYK, an individual; DOES 1
through X; and ROE ENTITIES XI
through XX, inclusive,

      Defendants.

Case No. 2:11-cv-00160-GMN-VCF

**JOINT STATUS REPORT AND
STIPULATION AND ORDER TO
CONTINUE THE PROTECTIVE
ORDER FOR PHYLLIS FRIAS BY
SIXTY DAYS**

      Plaintiffs Frias Holding Company ("FHC") and Mark A. James (collectively "Plaintiffs"), through Daniel R. McNutt and Matthew C. Wolf of the law firm Carbajal & McNutt, and Defendants Greenberg Traurig LLP ("GTLLP"), Greenberg Traurig P.A. ("GTPA") ("GTLLP" and "GTPA" are collectively "GT"), and Scott D. Bertzyk (collectively "Defendants"), through Kirk B. Lenhard of the law firm Brownstein Hyatt Farber & Schreck and Michael P. McNamara of the law firm Steptoe & Johnson, (collectively, "the Parties"), hereby respectfully submit this Joint Status Report and Stipulation and Order.

      The parties participated in a mediation on January 20, 2016. The case did not

settle at that time.   Accordingly, the discovery deadlines set forth in the Stipulation and Order signed on December 28, 2015, ECF No. 167, shall be applicable.

Per the above-referenced Stipulation and Order, February 5, 2016, is the deadline for nonparty Phyllis Frias to seek an extension of this Court's August 3, 2015 protective order.  (ECF No. 167 at 5:1-4.)  The Parties hereby stipulate and agree to extend the protective order for nonparty Phyllis Frias by sixty days to April 5, 2016.

Dated February 2, 2016.

/s/ Daniel McNutt
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
CARBAJAL & MCNUTT, LLP
625 S. 8th Street
Las Vegas, Nevada 89101
drm@cmlawnv.com

Attorneys for Plaintiffs

Dated February 2, 2016.

/s/ Michael P. McNamara
Michael P. McNamara*
Admitted Pro Hac Vice
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
mmcnamara@steptoe.com

Attorneys for Defendants

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE


DATED:_____2-3-2016_____