DANIEL R. MCNUTT (SBN 7815)
MATTHEW C. WOLF (SBN 10801)
CARBAJAL & MCNUTT, LLP
625 South Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 384-1170
Facsimile: (702) 384-5529
drm@cmlawnv.com
mcw@cmlawnv.com

Attorney for Plaintiffs
*Frias Holding Company*
*and Mark A. James*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRIAS HOLDING COMPANY, a Nevada corporation; and MARK A. JAMES, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>GREENBERG TRAURIG, LLP, a Nevada limited liability partnership; GREENBERG TRAURIG, P.A., a Florida professional association; SCOTT D. BERTZYK, an individual; DOES 1 through X; and ROE ENTITIES XI through XX, inclusive,<br><br>    Defendants. | Case No. 2:11-cv-00160-GMN-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ACTION WITH PREJUDICE AND FOR THE PARTIES TO BEAR THEIR OWN FEES AND COSTS** |

Plaintiffs Frias Holding Company ("FHC") and Mark A. James (collectively "Plaintiffs"), through Daniel R. McNutt and Matthew C. Wolf of the law firm Carbajal & McNutt, and Defendants Greenberg Traurig LLP ("GTLLP"), Greenberg Traurig P.A. ("GTPA") ("GTLLP" and "GTPA" are collectively "GT"), and Scott D. Bertzyk (collectively "Defendants"), through Kirk B. Lenhard of the law firm Brownstein Hyatt Farber & Schreck and Michael P. McNamara of the law firm Steptoe & Johnson, (Plaintiffs and Defendants are collectively "the Parties"), hereby stipulate and agree that (*1*) this Action shall be dismissed with prejudice, and (*2*) the Parties shall bear their own fees and costs.

1

Dated March 17, 2016.

2

/s/ Daniel McNutt
Daniel R. McNutt, Esq.
Nevada Bar No. 7815
CARBAJAL & MCNUTT, LLP
625 S. 8th Street
Las Vegas, Nevada 89101
drm@cmlawnv.com

*Attorneys for Plaintiffs*

Dated March 17, 2016.

/s/ Michael McNamara
Michael P. McNamara*
*Admitted Pro Hac Vice*
STEPTOE & JOHNSON, LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
mmcnamara@steptoe.com

*Attorneys for Defendants*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 17, 2016